THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WENDY A. MAKI,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>BREMERTON SCHOOL DISTRICT, LINDA SULLIVAN-DUDZIC, and her marital community, SUSAN K. STONE, and her marital community,<br><br>　　　　　　Defendants. | No. 3:19-cv-05901-RJB<br><br>STIPULATED MOTION TO DISMISS ALL CLAIMS AGAINST DEFENDANT LINDA SULLIVAN-DUDZIC AND **[PROPOSED]** ORDER<br><br>NOTED ON MOTION CALENDAR: JULY 7, 2021 |

Plaintiff and all Defendants, through their undersigned attorneys, agree to and jointly move for entry of an order dismissing all Plaintiff's claims against Defendant Linda Sullivan-Dudzic with prejudice. A proposed order accompanies this stipulated motion.

SO STIPULATED this 7th day of July, 2021.

| FLOYD PFLUEGER & RINGER, P.S. | BLOOM LAW FIRM PLLC |
|---|---|
| /s/ Francis S. Floyd<br>Francis S. Floyd, WSBA No. 10642<br>John A. Safarli, WSBA No. 44056<br>Danielle P. Smith, WSBA No. 49165<br>Attorneys for Defendants | /s/ Beth Bloom<br>Beth Bloom, WSBA No. 31702<br>Jay Corker Free, WSBA No. 51393<br>Attorneys for Plaintiff |

STIPULATED MOTION TO DISMISS ALL CLAIMS AGAINST DEFENDANT LINDA SULLIVAN-DUDZIC - 1

No. 3:19-cv-05901-RJB

FLOYD, PFLUEGER & RINGER P.S.
200 WEST THOMAS STREET, SUITE 500
SEATTLE, WA  98119
TEL 206 441-4455
FAX 206 441-8484

**[PROPOSED] ORDER**

This matter, having come before the Court on the foregoing stipulation, and the Court finding good cause, hereby orders that all Plaintiff's claims against Defendant Linda Sullivan-Dudzic shall be dismissed with prejudice. The Clerk is directed to enter this Order and dismissal with prejudice.

IT IS SO ORDERED.

Dated: _____          _____
                                        Hon. Robert J. Bryan
                                        United States District Court Judge

Presented by:

| FLOYD PFLUEGER & RINGER, P.S. | BLOOM LAW FIRM PLLC |
|---|---|
| /s/ Francis S. Floyd | /s/ Beth Bloom |
| Francis S. Floyd, WSBA No. 10642 | Beth Bloom, WSBA No. 31702 |
| John A. Safarli, WSBA No. 44056 | Jay Corker Free, WSBA No. 51393 |
| Danielle P. Smith, WSBA No. 49165 | Attorneys for Plaintiff |
| Attorneys for Defendants | |

STIPULATED MOTION TO DISMISS ALL CLAIMS AGAINST DEFENDANT LINDA SULLIVAN-DUDZIC - 2

No. 3:19-cv-05901-RJB

FLOYD, PFLUEGER & RINGER P.S.
200 WEST THOMAS STREET, SUITE 500
SEATTLE, WA 98119
TEL 206 441-4455
FAX 206 441-8484